# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

ROY KING, JR.,
    Petitioner,

v.                                        Case No. 12-C-0825

WILLIAM POLLARD, Warden,
Waupun Correctional Institution,
    Respondent.

## ORDER

In an order dated August 21, 2012, I denied petitioner's request to proceed in forma pauperis and ordered him to pay the $5 filing fee within twenty-one days. More than twenty-one days have passed, yet petitioner has not paid the filing fee. In my August 21 order, I advised petitioner that failure to pay the filing fee would result in dismissal of this action. However, rather than dismissing this action at this time, I will allow petitioner one last chance to pay the filing fee. If the filing fee is not paid on or before October 12, 2012, I will dismiss this action pursuant to Federal Rule of Civil Procedure 41(b).

Accordingly, **IT IS ORDERED** that this action will be dismissed unless petitioner pays the statutory filing fee of $5 by **October 12, 2012**.

Dated at Milwaukee, Wisconsin this 24th day of September, 2012.

                                            s/ Lynn Adelman
                                            _____
                                            LYNN ADELMAN
                                            District Judge